UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KOOTENIA HOMES, INC., Plaintiff, v. RELIABLE HOME, INC.; RICK TOSTON; MICHAEL GLEASON; JOHN DOE and MARY ROE, Defendants. | Civil Case No.: 00-CV-1117 ADM/AJB **STIPULATION TO AMEND SCHEDULING ORDER** |

The above named parties, by and through their undersigned counsel, hereby stipulate and agree that the Pretrial Scheduling Order should be amended to extend the deadline for discovery to May 11, 2001, identity of expert witnesses to May 25, 2001 for Plaintiff and June 22, 2001 for Defendants, non-dispositive motion deadlines to May 11, 2001, and dispositive motion deadline to July 13, 2001.

It is hereby stipulated and agreed that the parties request the Court approve an Order Amending the Pretrial Schedule in the form attached to this Stipulation.

Dated: March 2, 2001.

BEST & FLANAGAN LLP

By Barbara M. Ross
Barbara M. Ross
Attorney Registration No. 182941
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4331
(612) 339-7121

ATTORNEYS FOR DEFENDANT KOOTENIA HOMES

FILED MAR - 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 3/7, 2001.

FELHABER, LARSON, FENLON & VOGT, P.A.

By [signature]
Robert L. Bach
Attorney Registration No. 3736
601 Second Avenue South, Suite 4200
Minneapolis, MN 55402-4302
(612) 339-6321

ATTORNEYS FOR DEFENDANTS RELIABLE HOMES, INC., RICK TOSTON, AND MICHAEL GLEASON

Dated: March 5, 2001.

JOHNSON & CONDON, P.A.

By [signature: Robert E. Kuderer]
Robert E. Kuderer
Attorney Registration No. 207652
7235 Ohms Lane
Minneapolis, MN 55439-2152
952 ~~(612)~~ 806-0404

ATTORNEYS FOR DEFENDANTS TODD PURTELL AND ANN WEISENSEE

14590\200519\141534