UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KOOTENIA HOMES, INC.,

Plaintiff,

v.

RELIABLE HOMES, INC.; RICK TOSTON; MICHAEL GLEASON; JOHN DOE and MARY ROE,

Defendants.

Civil Case No.: 00-CV-1117 ADM/AJB

**ORDER AMENDING PRETRIAL SCHEDULING ORDER**

---

Based upon the Stipulation of the parties, it is hereby ORDERED that the Pretrial Scheduling Order is amended as follows:

1. Fact discovery shall be commenced in time to be completed by May 16, 2001.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff on or before May 25, 2001.

   b. By Defendants on or before June 22, 2001.

3. Non-dispositive motions and supporting documents, except for motions to amend the pleadings or add parties, shall be served and filed by the discovery deadline date, May 11, 2001.

4. All dispositive motions shall be served and filed by the parties by July 13, 2001.

Dated: 3/9/01

Arthur J. Boylan
U.S. Magistrate Judge

MAR
ROSAL, CLERK

14590\200519\141539