UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kootenia Homes, Inc.,

Plaintiff,

v.

Reliable Homes, Inc.; Rick Toston; Michael Gleason; Todd Purtell; Ann Weisensee; John Doe and Mary Roe,

Defendant.

Court File No. 00-1117 ADM/AJB

**ORDER AMENDING PRETRIAL SCHEDULING ORDER**

---

Based upon the Stipulation of the parties, it is hereby ORDERED that the Pretrial Scheduling Order is amended as follows:

1. All dispositive motions shall be served and filed by the parties by August 24, 2001.

Dated: June 8th, 2001

Arthur J. Boylan
United States Magistrate Judge

MPLS 183025-1

JUN 12 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK