UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kootenia Homes, Inc.

Plaintiff,

vs.

Reliable Homes, Inc.; Rick Toston; Michael Gleason; Todd Purtell; Ann Weisensee, John Doe and Mary Roe,

Defendants.

Civil Action No: 00-CV-1117 ADM/AJB

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS TODD PURTELL AND ANN WEISENSEE

The undersigned attorneys hereby advise the Court that all claims, counterclaims and cross-claims between Plaintiff and Defendants Todd Purtell and Ann Weisensee in the above-entitled cause of action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN Kootenia Homes, Inc., Todd Purtell, and Ann Weisensee, through their respective undersigned attorneys, that this portion of the lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the afore-mentioned parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and cross-claims, without costs or disbursements to Kootenia Homes, Inc., Todd Purtell or Ann Weisensee, may be entered herein.

OCT 2 4 2001
SLETTEN, CLERK
JUDGMENT ENTD
CLERK

Dated: October 10, 2001

BEST & FLANAGAN, LLP

Barbara M. Ross

Barbara M. Ross (#182941)
Attorney for Plaintiff
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4331
(612) 339-7121

Dated: October 11, 2001

JOHNSON & CONDON, P.A.

Robert E. Kuderer

Robert E. Kuderer (#207652)
Attorneys for Todd Purtell and Ann Weisensee
Financial Plaza
7235 Ohms Lane
Minneapolis, MN 55439-2152
(952) 831-6544

312519.wpd

So ordered

October 23, 2001

Judge