UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KOOTENIA HOMES, INC.,

Plaintiff,

v.

RELIABLE HOMES, INC., et al.,

Defendants.

ORDER

Civil No. 00-1117(ADM/AJB)

---

This matter is before the Court on Plaintiff's Motion for Enlargement of Time to File an Appeal. Based upon the submissions of the parties, the arguments of counsel, the entire record of this case, IT IS HEREBY ORDERED that:

1. Plaintiff's motion is GRANTED;
2. Plaintiff's time to file an appeal is extended to February 22, 2002.

Dated: February 7, 2002

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED 2-7-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________