# *United States District Court*
## *District of Minnesota*
### *Fourth Division - Minneapolis*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 00-1117 ADM/AJB
Title of Action: Kootenia Homes, Inc vs. Reliable Homes, Inc., et al.,

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by Defendant Reliable Homes, Inc., in the above entitled action on February 28, 2002.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: February 28, 2002

RICHARD D. SLETTEN, CLERK

By Mary Kaye Conery
Mary Kaye Conery, Deputy Clerk