UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FOURTH DIVISION-MINNEAPOLIS

Kootenia Homes, Inc.,
Plaintiff,

Civil 00-1117 ADM/AJB

v.

Reliable Homes, Inc.,
Rick Toston, Michael Gleason,
Todd Purtell, Ann Weisensee, John Doe and
Mary Roe,
Defendants.

## COST JUDGMENT

The costs of Defendants Reliable Homes, Inc., Rick Toston and Michael Gleason have been taxed and allowed by the Clerk of this Court against Plaintiff Kootenia Homes, Inc. as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $3,860.08 | $3,860.08 |
| Fees for witnesses and subpoenas | $ 368.00 | $ 83.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $2,991.58 | $ 0.00 |
| Other costs | $6,818.82 | $ 194.29 |
| TOTAL: | $14,035.48 | $4,137.37 |

7-2-2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D

Costs, therefore, are taxed in the sum of Four Thousand One Hundred Thirty-Seven Dollars and 37/100 ($4,137.37 ) in favor of Defendants Reliable Homes, Inc., Rick Toston and Michael Gleason and against Plaintiff Kootenia Homes, Inc. and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of July 2, 2002.

RICHARD D. SLETTEN, CLERK

By [signature]
Amy M. Leonetti
Law Clerk