**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kootenia Homes, Inc.,

Plaintiff,

**ORDER**

v. Civil No. 00-1117 ADM/AJB

Reliable Homes, Inc., et. al.,

Defendants.

---

On July 2, 2002, the Clerk of Court issued a Cost Judgment [Doc. No. 76], awarding costs in the amount of $4,137.37. This amount included zero dollars ($0) for exemplification and copies of papers necessarily obtained for use in the case. 28 U.S.C. § 1920(4). This matter is before the undersigned United States District Judge pursuant to Defendants' Motion for Review of the cost judgment [Doc. No. 77]. Because of the need for copies of architectural drawings and the document intensive nature of the cross-motions for summary judgment, fees for copies of papers used in this case are awarded in the arbitrary amount of $1,500.

Based upon all of the files, records & proceedings herein, and for the foregoing reasons, **IT IS HEREBY ORDERED** that Defendants' Motion for Review of the cost judgment [Doc. No. 77] is **GRANTED in part**, and fees for exemplification and copies of papers necessarily obtained for use in the case are awarded in the amount of $1,500, in addition to the costs already awarded in the amount of $4,137.37.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: July 23, 2002

JUL 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK