RECEIVED
BY MAIL
JUL 27 2006
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kootenia Homes, Inc.,

Plaintiff,

v.

Reliable Homes, Inc.; Rick Tosten; Michael Gleason; Todd Purtell; Ann Weisensee; John Doe and Mary Roe,

Defendants.

Civil Action No. 00-1117 ADM/AJB

**SATISFACTION OF JUDGMENT**

RELIABLE HOMES, INC., by and through its counsel, hereby attests that the judgment granted to Reliable Homes, Inc. against Kootenia Homes, Inc. is hereby satisfied.

Dated: 10/2/02

FELHABER, LARSON, FENLON & VOGT

By [signature]

Robert L. Bach (3736)
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55421
(612) 373-8408

RETURN TO: A2274361
LAND TITLE, INC.

SCANNED
AUG 02 2006
U.S. DISTRICT COURT ST. PAUL